**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

In re:    THE RESERVES RESORT, SPA   §    Case No. 12-13316-KG
            & COUNTRY                                §
                                                                §
Debtor(s)                                             §

**AMENDED NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that JEOFFREY L. BURTCH, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

824 Market Street
3rd Floor
Wilmington, DE  19801

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 02:00PM on **01/16/2018** in Courtroom 3, United States Courthouse Courthouse, 824 Market Street, 6th Floor, Wilmington, DE  19801.  If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  12/06/2017          By:    /s/JEOFFREY L. BURTCH, TRUSTEE
                                                                     Trustee

JEOFFREY L. BURTCH, TRUSTEE
P.O. BOX 549
WILMINGTON, DE  19899-0549
(302) 472-7427

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

In re: THE RESERVES RESORT, SPA & COUNTRY § Case No. 12-13316-KG
§
§
Debtor(s) §

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 5,987,221.93 |
| *and approved disbursements of* | $ | 5,604,615.23 |
| *leaving a balance on hand of* [1] | $ | 382,606.70 |
| **Balance on hand:** | $ | 382,606.70 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 2 | US Acquisition Property XIV, LLC | 2,546,772.77 | 1,158,460.04 | 1,158,460.04 | 0.00 |
| 3 | American Acquisition Property I, LLC | 2,500,000.00 | 369,202.36 | 369,202.36 | 0.00 |
| 5 -2 | R.T. PROPERTIES LLC, WIND CHOP LLC, ET AL. | 7,000,000.00 | 1,601,475.15 | 1,601,475.15 | 0.00 |
| 6 | 30 Lots LLC | 2,500,000.00 | 1,604,845.81 | 1,604,845.81 | 0.00 |
| ADM1 | SELLING COSTS | 14,546.70 | 14,546.70 | 14,546.70 | 0.00 |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 382,606.70

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JEOFFREY L. BURTCH, TRUSTEE | 202,866.66 | 0.00 | 163,645.42 |
| Trustee, Expenses - JEOFFREY L. BURTCH, TRUSTEE | 290.60 | 0.00 | 290.60 |
| Attorney for Trustee, Fees - COOCH AND TAYLOR, P.A. | 107,408.50 | 107,408.50 | 0.00 |
| Attorney for Trustee, Expenses - COOCH AND TAYLOR, | 3,556.03 | 3,556.03 | 0.00 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

| | | | |
|---|---:|---:|---:|
| P.A. | | | |
| Accountant for Trustee, Fees - COVER & ROSSITER, P.A. | 22,142.00 | 22,142.00 | 0.00 |
| Charges, U.S. Bankruptcy Court | 293.00 | 0.00 | 293.00 |
| Fees, United States Trustee | 650.00 | 0.00 | 650.00 |
| Other Fees: FOX REAL ESTATE CONSULTANTS, LLC | 50,340.00 | 50,340.00 | 0.00 |
| Other Expenses: ENTERPRISE FLASHER COMPANY | 858.97 | 858.97 | 0.00 |
| Attorney for Trustee Fees - COZEN O' CONNOR | 591,075.50 | 581,174.50 | 9,901.00 |
| Attorney for Trustee Expenses - COZEN O' CONNOR | 11,111.25 | 10,960.52 | 150.73 |
| Other Expenses: FOX REAL ESTATE CONSULTANTS, LLC | 700.99 | 700.99 | 0.00 |
| Other Expenses: HALE TRAILER BRAKE & WHEEL, INC. | 1,798.65 | 1,798.65 | 0.00 |
| Other Expenses: INTERNATIONAL SURETIES LTD. | 1,011.96 | 1,011.96 | 0.00 |
| Other Expenses: MILLER ADVERTISING AGENCY, INC. | 3,906.04 | 3,906.04 | 0.00 |
| Other Expenses: Office of the United States Trustee (ADMINISTRATIVE) | 650.00 | 0.00 | 650.00 |
| Other Expenses: UNITED STATES TREASURY | 4,112.97 | 4,112.97 | 0.00 |
| Other Expenses: WELLS FARGO | 13.00 | 13.00 | 0.00 |
| Other Expenses: WILMINGTON INSURANCE COMPANY | 3,194.00 | 3,194.00 | 0.00 |

Total to be paid for chapter 7 administration expenses: $     175,580.75
Remaining balance: $     207,025.95

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Other Fees: Gellert Scali Busenkell & Brown LLC (ADMINISTRATIVE) | 0.00 | 0.00 | 0.00 |
| Other Fees: Gellert Scali Busenkell & Brown, LLC | 31,224.03 | 31,224.03 | 0.00 |
| Other Fees: HILLER & ARBAN, LLC | 7,834.83 | 7,834.83 | 0.00 |

Total to be paid for prior chapter administrative expenses: $     0.00
Remaining balance: $     207,025.95

**UST Form 101-7-NFR (10/1/2010)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 16 | Gellert Scali Busenkell & Brown, LLC | 0.00 | 0.00 | 0.00 |

|  |  |
|---|---|
| Total to be paid for priority claims: | $ 0.00 |
| Remaining balance: | $ 207,025.95 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 232,897.24 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 88.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | PNC Bank | 0.00 | 0.00 | 0.00 |
| 4 | Schwartz & Schwartz, Attorneys at Law, P.A. | 1,498.12 | 0.00 | 1,331.71 |
| 5 | R.T. PROPERTIES LLC, WIND CHOP LLC, ET AL. | 0.00 | 0.00 | 0.00 |
| 7 | Michael M. McKone & Suzanne V. McKone | 0.00 | 0.00 | 0.00 |
| 8 | Pinckney, Harris & Weidinger, LLC | 0.00 | 0.00 | 0.00 |
| 9 | Sussex County, Delaware | 0.00 | 0.00 | 0.00 |
| 10 | Severn Savings Bank, FSB | 0.00 | 0.00 | 0.00 |
| 11 | PNC Bank | 0.00 | 0.00 | 0.00 |
| 12 | Victor L. Covey | 0.00 | 0.00 | 0.00 |
| 13 | Victor L. Covey | 0.00 | 0.00 | 0.00 |
| 15 | Office of the United States Trustee (ADMINISTRATIVE) | 0.00 | 0.00 | 0.00 |
| K1 | PNC BANK | 25,000.00 | 0.00 | 22,222.88 |
| K2 | US ACQUISITION PROPERTY XIV, LLC | 0.00 | 0.00 | 0.00 |
| K3 | AMERICAN ACQUISITION PROPERTY I, | 0.00 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---|---|---|
| | LLC | | | |
| K4 | DISCOVER BANK | 9,486.00 | 0.00 | 8,432.25 |
| K5 | AMERICAN INFOSOURCE LP AS AGENT FOR | 0.00 | 0.00 | 0.00 |
| K6 | SCHWARTZ & SCHWARTZ, ATTORNEYS AT LAW, P.A. | 1,498.12 | 0.00 | 1,331.70 |
| K7 | RT PROPERTIES LLC, WIND COP LLC, ET AL | 0.00 | 0.00 | 0.00 |
| K7 -2 | RT PROPERTIES LLC, WIND COP LLC, ET AL | 0.00 | 0.00 | 0.00 |
| K8 | 30 LOTS LLC | 0.00 | 0.00 | 0.00 |
| K9 | MICHAEL M. MCKONE & SUZANNE V. MCKONE | 0.00 | 0.00 | 0.00 |
| K10 | PINCKNEY HARRIS & WEIDINGER, LLC | 0.00 | 0.00 | 0.00 |
| K10 -2 | PINCKNEY HARRIS & WEIDINGER, LLC | 0.00 | 0.00 | 0.00 |
| K11 | ABRAHAM KOROTKI | 0.00 | 0.00 | 0.00 |
| K12 | US BANK N.A. | 0.00 | 0.00 | 0.00 |
| K13 | SEVERN SAVINGS BANK, FSB | 0.00 | 0.00 | 0.00 |
| K14 | PNC BANK | 0.00 | 0.00 | 0.00 |
| K15 | OAK HARBOR CAPITAL VII, LLC | 9,915.00 | 0.00 | 8,813.60 |
| K16 | OAK HARBOR CAPITAL VII, LLC | 40,000.00 | 0.00 | 35,556.62 |
| K19 | ECAST SETTLEMENT CORPORATION ASSIGNEE OF CHASE | 60,000.00 | 0.00 | 53,334.92 |
| DI414 | Victor L. Covey | 17,500.00 | 0.00 | 15,556.02 |
| DI434 | Pinckney Weidinger Urban & Joyce, LLC | 50,000.00 | 0.00 | 44,445.77 |
| DI459 | Michael M. McKone & Suzanne V. McKone | 15,000.00 | 0.00 | 13,333.73 |
| DI471 | Sharon Buffington | 3,000.00 | 0.00 | 2,666.75 |

Total to be paid for timely general unsecured claims:  $  207,025.95
Remaining balance:  $  0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 17 | Wayne Silfies | 0.00 | 0.00 | 0.00 |
| 18 | Sharon Buffington | 0.00 | 0.00 | 0.00 |
| K20 | GELLERT SCALI BUSENKELL & BROWN, LLC | 0.00 | 0.00 | 0.00 |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| | None | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/JEOFFREY L. BURTCH, TRUSTEE

Trustee

JEOFFREY L. BURTCH, TRUSTEE
P.O. BOX 549
WILMINGTON, DE  19899-0549
(302) 472-7427

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**