# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

In re: THE RESERVES RESORT, SPA & COUNTRY  §  Case No. 12-13316-KG
                                                   §

                                                   §

   Debtor(s)                                     §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
## REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
## AND APPLICATION TO BE DISCHARGED (TDR)

JEOFFREY L. BURTCH, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:  $33,152,901.00 <br> *(without deducting any secured claims)* | Assets Exempt:  N/A |
| Total Distribution to Claimants: $4,955,556.01 | Claims Discharged <br> Without Payment: N/A |
| Total Expenses of Administration: $1,031,665.92 | |

    3)  Total gross receipts of $   5,987,221.93   (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $        0.00    (see **Exhibit 2**), yielded net receipts of  $5,987,221.93 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $4,242,996.31 | $14,561,319.47 | $4,748,530.06 | $4,748,530.06 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,032,478.30 | 1,031,828.30 | 992,607.06 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 74,928.31 | 39,058.86 | 39,058.86 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 15,000.00 | 36,224.03 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 8,558,551.31 | 31,502,892.58 | 232,897.24 | 207,025.95 |
| **TOTAL DISBURSEMENTS** | $12,816,547.62 | $47,207,842.69 | $6,052,314.46 | $5,987,221.93 |

4) This case was originally filed under Chapter 11 on December 10, 2012 and it was converted to Chapter 7 on July 12, 2013.The case was pending for 56 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/27/2018          By: /s/JEOFFREY L. BURTCH, TRUSTEE
                                      Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| REAL PROPERTY | 1110-000 | 700,049.35 |
| OTHER LIQUIDATED DEBTS OWED TO DEBTOR | 1129-000 | 195,203.51 |
| UNSCHEDULED JUDGMENTS | 1249-000 | 22,339.11 |
| UNSCHEDULED BANK ACCOUNT | 1229-000 | 200.00 |
| UNSCHEDULED REAL PROPERTY | 1210-000 | 4,748,529.96 |
| UNUSED RETAINER | 1229-000 | 320,900.00 |
| **TOTAL GROSS RECEIPTS** | | **$5,987,221.93** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | US Acquisition Property XIV, LLC | 4220-000 | 2,300,000.00 | 2,546,772.77 | 1,158,460.04 | 1,158,460.04 |
| 3 | American Acquisition Property I, LLC | 4220-000 | N/A | 2,500,000.00 | 369,202.36 | 369,202.36 |
| 5 -2 | R.T. PROPERTIES LLC, WIND CHOP LLC, ET AL. | 4110-000 | unknown | 7,000,000.00 | 1,601,475.15 | 1,601,475.15 |
| 6 | 30 Lots LLC | 4110-000 | 0.00 | 2,500,000.00 | 1,604,845.81 | 1,604,845.81 |
| ADM1 | SELLING COSTS | 4700-000 | N/A | 14,546.70 | 14,546.70 | 14,546.70 |
| NOTFILED | OFFIT KURMAN | 4210-000 | 150,000.00 | N/A | N/A | 0.00 |
| NOTFILED | HUDSON CITY SAVINGS BANK (K) | 4210-000 | 1,636,996.31 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| NOTFILED OFFIT KURMAN (K) | 4210-000 | 150,000.00 | N/A | N/A | 0.00 |
| NOTFILED SCHWARTZ & SCHWARTZ (K) | 4210-000 | 3,000.00 | N/A | N/A | 0.00 |
| NOTFILED SCHWARTZ & SCHWARTZ | 4210-000 | 3,000.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | $4,242,996.31 | $14,561,319.47 | $4,748,530.06 | $4,748,530.06 |

## EXHIBIT 4 —CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| U.S. Trustee Quarterly Fees - Office of the United States Trustee (ADMINISTRATIVE) | 2950-000 | N/A | 650.00 | 650.00 | 650.00 |
| Other - INTERNATIONAL SURETIES LTD. | 2300-000 | N/A | 1,011.96 | 1,011.96 | 1,011.96 |
| U.S. Trustee Quarterly Fees - OFFICE OF THE UNITED STATES TRUSTEE | 2950-000 | N/A | 650.00 | 650.00 | 650.00 |
| U.S. Trustee Quarterly Fees - OFFICE OF THE UNITED STATES TRUSTEE | 2950-000 | N/A | 650.00 | 0.00 | 0.00 |
| Other - WELLS FARGO | 2420-000 | N/A | 13.00 | 13.00 | 13.00 |
| Other - WILMINGTON INSURANCE COMPANY | 2420-000 | N/A | 3,194.00 | 3,194.00 | 3,194.00 |
| Other - HALE TRAILER BRAKE & WHEEL, INC. | 2410-000 | N/A | 1,398.65 | 1,398.65 | 1,398.65 |
| Other - HALE TRAILER BRAKE & WHEEL, INC. | 2990-000 | N/A | 400.00 | 400.00 | 400.00 |
| Other - ENTERPRISE FLASHER COMPANY | 2420-000 | N/A | 858.97 | 858.97 | 858.97 |
| Other - MILLER ADVERTISING AGENCY, INC. | 2990-000 | N/A | 3,906.04 | 3,906.04 | 3,906.04 |
| Other - UNITED STATES TREASURY | 2810-000 | N/A | 4,112.97 | 4,112.97 | 4,112.97 |
| Other - COZEN O' CONNOR | 3220-000 | N/A | 11,111.25 | 11,111.25 | 11,111.25 |
| Other - COZEN O' CONNOR | 3210-000 | N/A | 591,075.50 | 591,075.50 | 591,075.50 |
| Clerk of the Court Costs (includes adversary and other filing fees) - CLERK, | 2700-000 | N/A | 293.00 | 293.00 | 293.00 |
| Other - COVER & ROSSITER, P.A. | 3410-000 | N/A | 22,142.00 | 22,142.00 | 22,142.00 |
| Attorney for Trustee Expenses (Trustee Firm) - COOCH AND TAYLOR, P.A. | 3120-000 | N/A | 3,556.03 | 3,556.03 | 3,556.03 |
| Attorney for Trustee Fees (Trustee Firm) - COOCH AND TAYLOR, P.A. | 3110-000 | N/A | 107,408.50 | 107,408.50 | 107,408.50 |
| Other - FOX REAL ESTATE CONSULTANTS, LLC | 3732-000 | N/A | 700.99 | 700.99 | 700.99 |
| Other - FOX REAL ESTATE CONSULTANTS, LLC | 3731-000 | N/A | 50,340.00 | 50,340.00 | 50,340.00 |
| Trustee Expenses - JEOFFREY L. BURTCH, TRUSTEE | 2200-000 | N/A | 290.60 | 290.60 | 290.60 |
| Trustee Compensation - JEOFFREY L. BURTCH, TRUSTEE | 2100-000 | N/A | 202,866.66 | 202,866.66 | 163,645.42 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 13.08 | 13.08 | 13.08 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 15.53 | 15.53 | 15.53 |

| | | | | | |
|---|---|---|---|---|---|
| Other – Rabobank, N.A. | 2600-000 | N/A | 21.28 | 21.28 | 21.28 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 24.24 | 24.24 | 24.24 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 25.45 | 25.45 | 25.45 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 26.41 | 26.41 | 26.41 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 28.86 | 28.86 | 28.86 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 26.91 | 26.91 | 26.91 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 25.80 | 25.80 | 25.80 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 29.29 | 29.29 | 29.29 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 25.61 | 25.61 | 25.61 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 28.04 | 28.04 | 28.04 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 26.96 | 26.96 | 26.96 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 23.35 | 23.35 | 23.35 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 28.87 | 28.87 | 28.87 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 24.34 | 24.34 | 24.34 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 20.96 | 20.96 | 20.96 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 1,120.88 | 1,120.88 | 1,120.88 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 1,070.37 | 1,070.37 | 1,070.37 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 798.82 | 798.82 | 798.82 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 793.52 | 793.52 | 793.52 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 767.54 | 767.54 | 767.54 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 716.96 | 716.96 | 716.96 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 861.16 | 861.16 | 861.16 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 822.19 | 822.19 | 822.19 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 793.64 | 793.64 | 793.64 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 819.73 | 819.73 | 819.73 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 690.10 | 690.10 | 690.10 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 678.69 | 678.69 | 678.69 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 771.34 | 771.34 | 771.34 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 676.68 | 676.68 | 676.68 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 675.74 | 675.74 | 675.74 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 767.98 | 767.98 | 767.98 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 673.74 | 673.74 | 673.74 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 763.43 | 763.43 | 763.43 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 692.17 | 692.17 | 692.17 |

| | | | | | |
|---|---|---|---|---|---|
| Other – KOROTKI, ABRAHAM P. | 2600-000 | N/A | 8,470.41 | 8,470.41 | 8,470.41 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 665.08 | 665.08 | 665.08 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 732.94 | 732.94 | 732.94 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 590.09 | 590.09 | 590.09 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $1,032,478.30 | $1,031,828.30 | $992,607.06 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Gellert Scali Busenkell & Brown LLC (ADMINISTRATIVE) | 6700-000 | N/A | 31,224.03 | 0.00 | 0.00 |
| HILLER & ARBAN, LLC | 6700-000 | N/A | 12,480.25 | 7,834.83 | 7,834.83 |
| Gellert Scali Busenkell & Brown, LLC | 6700-000 | N/A | 31,224.03 | 31,224.03 | 31,224.03 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $74,928.31 | $39,058.86 | $39,058.86 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 16 | Gellert Scali Busenkell & Brown, LLC | 5200-000 | N/A | 36,224.03 | 0.00 | 0.00 |
| NOTFILED | SUSSEX COUNTY, DEPT. OF TREASURY | 5800-000 | 15,000.00 | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $15,000.00 | $36,224.03 | $0.00 | $0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | PNC Bank | 7100-000 | N/A | 25,000.00 | 0.00 | 0.00 |
| 4 | Schwartz & Schwartz, Attorneys at Law, P.A. | 7100-000 | 3,000.00 | 1,498.12 | 1,498.12 | 1,331.71 |
| 5 | R.T. PROPERTIES LLC, WIND CHOP LLC, ET AL. | 7100-000 | N/A | 7,000,000.00 | 0.00 | 0.00 |
| 7 | Michael M. McKone & Suzanne V. McKone | 7100-000 | N/A | 23,469.60 | 0.00 | 0.00 |
| 8 | Pinckney, Harris & Weidinger, LLC | 7100-000 | N/A | 89,034.95 | 0.00 | 0.00 |
| 9 | Sussex County, Delaware | 7100-000 | N/A | 1,066,395.73 | 0.00 | 0.00 |
| 10 | Severn Savings Bank, FSB | 7100-000 | N/A | 50,000.00 | 0.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 11 | PNC Bank | 7100-000 | N/A | 26,061.33 | 0.00 | 0.00 |
| 12 | Victor L. Covey | 7100-000 | N/A | 10,713.75 | 0.00 | 0.00 |
| 13 | Victor L. Covey | 7100-000 | N/A | 18,000.00 | 0.00 | 0.00 |
| 15 | Office of the United States Trustee (ADMINISTRATIVE) | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 17 | Wayne Silfies | 7200-000 | N/A | 19,000.00 | 0.00 | 0.00 |
| 18 | Sharon Buffington | 7200-000 | N/A | 25,481.91 | 0.00 | 0.00 |
| K1 | PNC BANK | 7100-000 | N/A | 25,000.00 | 25,000.00 | 22,222.88 |
| K2 | US ACQUISITION PROPERTY XIV, LLC | 7100-000 | 2,300,000.00 | 2,546,772.77 | 0.00 | 0.00 |
| K3 | AMERICAN ACQUISITION PROPERTY I, LLC | 7100-000 | N/A | 2,500,000.00 | 0.00 | 0.00 |
| K4 | DISCOVER BANK | 7100-000 | 9,486.00 | 9,486.00 | 9,486.00 | 8,432.25 |
| K5 | AMERICAN INFOSOURCE LP AS AGENT FOR | 7100-000 | N/A | 1,944.05 | 0.00 | 0.00 |
| K6 | SCHWARTZ & SCHWARTZ, ATTORNEYS AT LAW, P.A. | 7100-000 | 3,000.00 | 1,498.12 | 1,498.12 | 1,331.70 |
| K7 | RT PROPERTIES LLC, WIND COP LLC, ET AL | 7100-000 | N/A | 7,000,000.00 | 0.00 | 0.00 |
| K7 -2 | RT PROPERTIES LLC, WIND COP LLC, ET AL | 7100-000 | N/A | 7,000,000.00 | 0.00 | 0.00 |
| K8 | 30 LOTS LLC | 7100-000 | 0.00 | 2,500,000.00 | 0.00 | 0.00 |
| K9 | MICHAEL M. MCKONE & SUZANNE V. MCKONE | 7100-000 | unknown | 23,469.60 | 0.00 | 0.00 |
| K10 | PINCKNEY HARRIS & WEIDINGER, LLC | 7100-000 | N/A | 89,034.95 | 0.00 | 0.00 |
| K10 -2 | PINCKNEY HARRIS & WEIDINGER, LLC | 7100-000 | N/A | 89,034.95 | 0.00 | 0.00 |
| K11 | ABRAHAM KOROTKI | 7100-000 | N/A | 1,066,395.73 | 0.00 | 0.00 |
| K12 | US BANK N.A. | 7100-000 | 2,717.00 | 15,774.92 | 0.00 | 0.00 |
| K13 | SEVERN SAVINGS BANK, FSB | 7100-000 | N/A | 50,000.00 | 0.00 | 0.00 |
| K14 | PNC BANK | 7100-000 | N/A | 25,965.20 | 0.00 | 0.00 |
| K15 | OAK HARBOR CAPITAL VII, LLC | 7100-000 | N/A | 9,915.00 | 9,915.00 | 8,813.60 |
| K16 | OAK HARBOR CAPITAL VII, LLC | 7100-000 | N/A | 40,000.00 | 40,000.00 | 35,556.62 |
| K19 | ECAST SETTLEMENT CORPORATION ASSIGNEE OF CHASE | 7100-000 | N/A | 60,000.00 | 60,000.00 | 53,334.92 |
| K20 | GELLERT SCALI BUSENKELL & BROWN, LLC | 7200-000 | N/A | 8,445.90 | 0.00 | 0.00 |
| DI414 | Victor L. Covey | 7100-000 | N/A | 17,500.00 | 17,500.00 | 15,556.02 |
| DI434 | Pinckney Weidinger Urban & Joyce, LLC | 7100-000 | N/A | 50,000.00 | 50,000.00 | 44,445.77 |
| DI459 | Michael M. McKone & Suzanne V. McKone | 7100-000 | unknown | 15,000.00 | 15,000.00 | 13,333.73 |
| DI471 | Sharon Buffington | 7100-000 | N/A | 3,000.00 | 3,000.00 | 2,666.75 |
| NOTFILED | HUDSON CITY SAVINGS BANK (K) | 7100-000 | 1,286,996.31 | N/A | N/A | 0.00 |
| NOTFILED | PNC BANK | 7100-000 | 25,000.00 | N/A | N/A | 0.00 |
| NOTFILED | MOUNTAIN RANGE | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | FOUNTAIN, LLC | 7100-000 | unknown | N/A | N/A | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | PNC BANK | 7100-000 | 25,000.00 | N/A | N/A | 0.00 |
| NOTFILED | BANK OF AMERICA (K) | 7100-000 | 48,755.00 | N/A | N/A | 0.00 |
| NOTFILED | STATE OF DELAWARE, DNREC | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | HOME DEPOT CREDIT SERVICES (K) | 7100-000 | 5,443.00 | N/A | N/A | 0.00 |
| NOTFILED | CHASE VISA (K) | 7100-000 | 60,000.00 | N/A | N/A | 0.00 |
| NOTFILED | PNC BANK (K) | 7100-000 | 25,000.00 | N/A | N/A | 0.00 |
| NOTFILED | PNC BANK (K) | 7100-000 | 25,000.00 | N/A | N/A | 0.00 |
| NOTFILED | CAPITAL ONE MASTERCARD (K) | 7100-000 | 2,159.00 | N/A | N/A | 0.00 |
| NOTFILED | STL DEVELOPMENT (K) | 7100-000 | 2,163,289.00 | N/A | N/A | 0.00 |
| NOTFILED | BANK OF AMERICA (K) | 7100-000 | 250,000.00 | N/A | N/A | 0.00 |
| NOTFILED | BARCLAY CARD (K) | 7100-000 | 40,000.00 | N/A | N/A | 0.00 |
| NOTFILED | WATERSCAPE | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | SUSSEX CONSERVATION DISTRICT | 7100-000 | 2,682.00 | N/A | N/A | 0.00 |
| NOTFILED | US AIRWAYS MASTERCARD | 7100-000 | 9,888.00 | N/A | N/A | 0.00 |
| NOTFILED | WIND CHOP, LLC | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | STL DEVELOPMENT | 7100-000 | 2,163,289.00 | N/A | N/A | 0.00 |
| NOTFILED | BANK OF AMERICA (K) | 7100-000 | 107,847.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $8,558,551.31 | $31,502,892.58 | $232,897.24 | $207,025.95 |

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 12-13316-KG | **Trustee:** (280060) JEOFFREY L. BURTCH, TRUSTEE |
| **Case Name:** THE RESERVES RESORT, SPA & COUNTRY | **Filed (f) or Converted (c):** 07/12/13 (c) |
| | **§341(a) Meeting Date:** 08/07/13 |
| **Period Ending:** 02/27/18 | **Claims Bar Date:** 11/05/13 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Ref. #** | **Asset Description** (Scheduled And Unscheduled (u) Property) | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned OA=§554(a)** | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 | REAL PROPERTY <br> Approximately 22 undeveloped lots in the Reserves <br><br> Sold as part of the sales agreement approved by Court Order 12/03/2014 @ D.I. 305 | 2,300,000.00 | 0.00 | | 700,049.35 | FA |
| 2 | OTHER LIQUIDATED DEBTS OWED TO DEBTOR <br> See Exhibit B18-21 (not included in the schedules | Unknown | 0.00 | | 195,203.51 | FA |
| 3 | OTHER CONTINGENT AND UNLIQUIDATED CLAIMS <br> See Exhibit B18-21 | 33,000,000.00 | 0.00 | | 0.00 | FA |
| 4 | MACHINERY, FIXTURES, EQUIPMENT, AND SUPPLIES <br> Approximately 50 street lights <br><br> Amended Schedules filed 2/15/2013 @ D.I. 67 <br><br> Sold as part of the sales agreement approved by Court Order 12/03/2014 @ D.I. 305 | 5,000.00 | 5,000.00 | | 0.00 | FA |
| 5 | OTHER PERSONAL PROP OF ANY KIND NOT ALREADY LIST <br> Retainer funds in Trust acct of Offit Kurman $50,000.00 <br> Retainer funds in Trust acct of Schwartz & Schwartz $70,900.00 <br> Retainer funds in Trust acct of Hiller & Arban, LLC $27,001.00 (Note: This account is not property of the debtor and was paid by a third party (STL Development Corp.) on the debtor's behalf without recourse. This account is duplicative with an account held for Abraham P. Korotki) <br><br> Amended Schedules filed 2/15/2013 @ D.I. 67 | 147,901.00 | 147,901.00 | | 0.00 | FA |
| 6 | UNSCHEDULED JUDGMENTS (u) | Unknown | 22,340.11 | | 22,339.11 | FA |
| 7 | UNSCHEDULED BANK ACCOUNT (u) | 200.00 | 200.00 | | 200.00 | FA |
| 8 | UNSCHEDULED REAL PROPERTY (u) | 9,351,450.65 | 9,351,450.65 | | 4,748,529.96 | FA |

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 12-13316-KG | **Trustee:** (280060) JEOFFREY L. BURTCH, TRUSTEE |
| **Case Name:** THE RESERVES RESORT, SPA & COUNTRY | **Filed (f) or Converted (c):** 07/12/13 (c) |
| | **§341(a) Meeting Date:** 08/07/13 |
| **Period Ending:** 02/27/18 | **Claims Bar Date:** 11/05/13 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 9 | UNUSED RETAINER (u) | 413,611.50 | 320,900.00 | | 320,900.00 | FA |
| **9** | **Assets** **Totals** (Excluding unknown values) | **$45,218,163.15** | **$9,847,791.76** | | **$5,987,221.93** | **$0.00** |

**Major Activities Affecting Case Closing:**

    Substantively consolidated with Abraham P. Korotki 12-13317 KF D.I. 410 6/16/15.

**Initial Projected Date Of Final Report (TFR):** June 30, 2018      **Current Projected Date Of Final Report (TFR):** January 19, 2017 (Actual)

Exhibit 9

Page: 1

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 12-13316-KG

**Case Name:** THE RESERVES RESORT, SPA & COUNTRY

**Taxpayer ID #:** **-***1763

**Period Ending:** 02/27/18

**Trustee:** JEOFFREY L. BURTCH, TRUSTEE (280060)

**Bank Name:** Rabobank, N.A.

**Account:** ******1266 - Checking Account

**Blanket Bond:** $5,000,000.00  (per case limit)

**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/14/13 | {6} | LAKESHORE TOLTEST CORP | INVOICE NO. 8082013; PAYMENT ON JUDGMENT ENTERED IN DISTRICT COURT ON 3/23/2011 @ D.I. 8; CASE NO. 10-237 SLR | 1249-000 | 1,238.07 | | 1,238.07 |
| 08/27/13 | {6} | LAKESHORE TOLTEST CORP | INVOICE NO. 8222013; PAYMENT ON JUDGMENT ENTERED IN DISTRICT COURT ON 3/23/2011 @ D.I. 8; CASE NO. 10-237 SLR | 1249-000 | 1,238.07 | | 2,476.14 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,466.14 |
| 09/06/13 | {6} | LAKESHORE TOLTEST CORP | REPLACEMENT FOR STOPPED PAYMENT CHECK NOS. 107441 AND 107629; PAYMENT ON JUDGMENT ENTERED IN DISTRICT COURT ON 3/23/2011 @ D.I. 8; CASE NO. 10-237 SLR | 1249-000 | 2,455.47 | | 4,921.61 |
| 09/16/13 | {6} | LAKESHORE TOLTEST CORP | INVOICE NO. 090513PAYMENT ON JUDGMENT ENTERED IN DISTRICT COURT ON 3/23/2011 @ D.I. 8; CASE NO. 10-237 SLR | 1249-000 | 1,238.07 | | 6,159.68 |
| 09/16/13 | 101 | WELLS FARGO | BANK REFERENCE NO. 6959590; INVOICE NO. 135525 | 2420-000 | | 13.00 | 6,146.68 |
| 09/27/13 | {7} | WELLS FARGO | TURNOVER OF UNSCHEDULED BANK ACCOUNT XXXX7069; REFERENCE #EP-13091600117 | 1229-000 | 200.00 | | 6,346.68 |
| 09/27/13 | {6} | LAKESHORE TOLTEST CORP | INVOICE NO.9192013; PAYMENT ON JUDGMENT ENTERED IN DISTRICT COURT ON 3/23/2011 @ D.I. 8; CASE NO. 10-237 SLR | 1249-000 | 1,246.27 | | 7,592.95 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 7,582.95 |
| 10/11/13 | {6} | LAKESHORE TOLTEST CORP | INVOICE NO. 100313; PAYMENT ON JUDGMENT ENTERED IN DISTRICT COURT ON 3/23/2011 @ D.I. 8; CASE NO. 10-237 SLR | 1249-000 | 1,349.27 | | 8,932.22 |
| 10/25/13 | {6} | LAKESHORE TOLTEST CORP | INVOICE NO. 101713; PAYMENT ON JUDGMENT ENTERED IN DISTRICT COURT ON 3/23/2011 @ D.I. 8; CASE NO. 10-237 SLR | 1249-000 | 1,349.27 | | 10,281.49 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.08 | 10,268.41 |
| 11/06/13 | {6} | LAKESHORE TOLTEST CORP | INVOICE NO. 103113; PAYMENT ON JUDGMENT ENTERED IN DISTRICT COURT | 1249-000 | 1,349.27 | | 11,617.68 |

Subtotals : $11,663.76    $46.08

Exhibit 9

Page: 2

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 12-13316-KG
**Case Name:** THE RESERVES RESORT, SPA & COUNTRY

**Taxpayer ID #:** **-***1763
**Period Ending:** 02/27/18

**Trustee:** JEOFFREY L. BURTCH, TRUSTEE (280060)
**Bank Name:** Rabobank, N.A.
**Account:** ******1266 - Checking Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ON 3/23/2011 @ D.I. 8; CASE NO. 10-237 SLR | | | | |
| 11/21/13 | {6} | LAKESHORE TOLTEST CORP | INVOICE NO. 103113; PAYMENT ON JUDGMENT ENTERED IN DISTRICT COURT ON 3/23/2011 @ D.I. 8; CASE NO. 10-237 SLR | 1249-000 | 1,349.27 | | 12,966.95 |
| 11/26/13 | 102 | WILMINGTON INSURANCE COMPANY | POLICY NO. WIC 200012402 | 2420-000 | | 294.00 | 12,672.95 |
| 11/26/13 | 103 | HALE TRAILER BRAKE & WHEEL, INC. | RESE004; INVOICE NOS. 947151-0000, 957446-0000, 959727-0000, 971462-0000, 973798-0000, AND 978337-0000 | 2410-000 | | 174.32 | 12,498.63 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.53 | 12,483.10 |
| 12/10/13 | {6} | LAKESHORE TOLTEST CORP | INVOICE NO. 103113; PAYMENT ON JUDGMENT ENTERED IN DISTRICT COURT ON 3/23/2011 @ D.I. 8; CASE NO. 10-237 SLR | 1249-000 | 1,349.27 | | 13,832.37 |
| 12/11/13 | 104 | HALE TRAILER BRAKE & WHEEL, INC. | INVOICE NO. 988159 | | | 476.90 | 13,355.47 |
| | | | ROUNTRIP DELIVERY        400.00 AND FUEL SURCHARGE | 2990-000 | | | 13,355.47 |
| | | | STORAGE CHARGES          76.90 | 2410-000 | | | 13,355.47 |
| 12/23/13 | {6} | LAKESHORE TOLTEST CORP | INVOICE NO. 103113; PAYMENT ON JUDGMENT ENTERED IN DISTRICT COURT ON 3/23/2011 @ D.I. 8; CASE NO. 10-237 SLR | 1249-000 | 1,349.27 | | 14,704.74 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.28 | 14,683.46 |
| 01/02/14 | 105 | HALE TRAILER BRAKE & WHEEL, INC. | INVOICE NO. 998232; JANUARY 2014 | 2410-000 | | 76.51 | 14,606.95 |
| 01/03/14 | {6} | LAKESHORE TOLTEST CORP | INVOICE NO. 122613; PAYMENT ON JUDGMENT ENTERED IN DISTRICT COURT ON 3/23/2011 @ D.I. 8; CASE NO. 10-237 SLR | 1249-000 | 1,349.27 | | 15,956.22 |
| 01/16/14 | {6} | LAKESHORE TOLTEST CORP | INVOICE NO. JAN0914; PAYMENT ON JUDGMENT ENTERED IN DISTRICT COURT ON 3/23/2011 @ D.I. 8; CASE NO. 10-237 SLR | 1249-000 | 1,240.05 | | 17,196.27 |
| 01/29/14 | {6} | LAKESHORE TOLTEST CORP | INVOICE NO. JAN232014; PAYMENT ON JUDGMENT ENTERED IN DISTRICT COURT | 1249-000 | 1,240.05 | | 18,436.32 |

Subtotals :        $7,877.18        $1,058.54

{} Asset reference(s)

Printed: 02/27/2018 02:00 PM    V.13.32

Exhibit 9

Page: 3

# Form 2
## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 12-13316-KG | **Trustee:** JEOFFREY L. BURTCH, TRUSTEE (280060) |
| **Case Name:** THE RESERVES RESORT, SPA & COUNTRY | **Bank Name:** Rabobank, N.A. |
| | **Account:** ******1266 - Checking Account |
| **Taxpayer ID #:** **-***1763 | **Blanket Bond:** $5,000,000.00 (per case limit) |
| **Period Ending:** 02/27/18 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ON 3/23/2011 @ D.I. 8; CASE NO. 10-237 SLR | | | | |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 24.24 | 18,412.08 |
| 02/14/14 | {6} | LAKESHORE TOLTEST CORP | INVOICE NO. JAN232014; PAYMENT ON JUDGMENT ENTERED IN DISTRICT COURT ON 3/23/2011 @ D.I. 8; CASE NO. 10-237 SLR | 1249-000 | 2,998.17 | | 21,410.25 |
| 02/20/14 | 106 | WILMINGTON INSURANCE COMPANY | POLICY NO. WIC 200013495-1; TERM 12/27/2013 TO 12/27/2014 | | | 2,382.00 | 19,028.25 |
| | | | POLICY FEE 40.00 | 2420-000 | | | 19,028.25 |
| | | | PREMIUM 2,342.00 | 2420-000 | | | 19,028.25 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 25.45 | 19,002.80 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 26.41 | 18,976.39 |
| 04/01/14 | 107 | HALE TRAILER BRAKE & WHEEL, INC. | INVOICE NO. 23397; MARCH 2014 | 2410-000 | | 76.51 | 18,899.88 |
| 04/01/14 | 108 | HALE TRAILER BRAKE & WHEEL, INC. | INVOICE NO. 36890; APRIL 2014 | 2410-000 | | 76.51 | 18,823.37 |
| 04/01/14 | 109 | HALE TRAILER BRAKE & WHEEL, INC. | INVOICE NO. 11071; FEBRUARY 2014 | 2410-000 | | 76.51 | 18,746.86 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.86 | 18,718.00 |
| 05/19/14 | 110 | HALE TRAILER BRAKE & WHEEL, INC. | INVOICE NO. 51360; MAY 2014 | 2410-000 | | 76.49 | 18,641.51 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 26.91 | 18,614.60 |
| 06/02/14 | 111 | HALE TRAILER BRAKE & WHEEL, INC. | INVOICE NO. 65657; JUNE 2014 | 2410-000 | | 76.49 | 18,538.11 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 25.80 | 18,512.31 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 29.29 | 18,483.02 |
| 08/01/14 | 112 | HALE TRAILER BRAKE & WHEEL, INC. | INVOICE NO. 94766; AUGUST 2014 | 2410-000 | | 76.49 | 18,406.53 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 25.61 | 18,380.92 |
| 09/03/14 | 113 | HALE TRAILER BRAKE & WHEEL, INC. | INVOICE NO. 79724; JULY 2014 | 2410-000 | | 76.49 | 18,304.43 |
| 09/03/14 | 114 | HALE TRAILER BRAKE & WHEEL, INC. | INVOICE NO. 108532; SEPTEMBER 2014 | 2410-000 | | 76.49 | 18,227.94 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.04 | 18,199.90 |
| 10/01/14 | 115 | HALE TRAILER BRAKE & WHEEL, INC. | INVOICE NO. 122919; OCTOBER 2014 | 2410-000 | | 76.49 | 18,123.41 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 26.96 | 18,096.45 |

| | Subtotals : | $2,998.17 | $3,338.04 |
|---|---|---|---|

Exhibit 9

Page: 4

# Form 2
## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** 12-13316-KG | **Trustee:** | JEOFFREY L. BURTCH, TRUSTEE (280060) |
| **Case Name:** THE RESERVES RESORT, SPA & COUNTRY | **Bank Name:** | Rabobank, N.A. |
| | **Account:** | ******1266 - Checking Account |
| **Taxpayer ID #:** **-***1763 | **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Period Ending:** 02/27/18 | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/03/14 | 116 | HALE TRAILER BRAKE & WHEEL, INC. | INVOICE NO. 138135; NOVEMBER 2014 | 2410-000 | | 76.49 | 18,019.96 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 23.35 | 17,996.61 |
| 12/01/14 | 117 | HALE TRAILER BRAKE & WHEEL, INC. | INVOICE NO. 151421; DECE BER 2014 | 2410-000 | | 76.49 | 17,920.12 |
| 12/17/14 | 118 | WILMINGTON INSURANCE COMPANY | POLICY NO. WIC 200014499-2; TERM 12/27/2014 TO 12/27/2015; 1ST OF 4 INSTALLMENTS | | | 638.00 | 17,282.12 |
| | | | PREMIUM; 1ST INSTALLMENT            592.00 | 2420-000 | | | 17,282.12 |
| | | | POLICY FEE            40.00 | 2420-000 | | | 17,282.12 |
| | | | INSTALLMENT            6.00 CHARGE | 2420-000 | | | 17,282.12 |
| 12/29/14 | 119 | ENTERPRISE FLASHER COMPANY | BARRICADES RENTAL CHARGE PLUS SET UP AND TAKE DOWN FEE; 60 DAYS | 2420-000 | | 858.97 | 16,423.15 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.87 | 16,394.28 |
| 01/05/15 | 120 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/05/2015 FOR CASE #12-13316-K G, BLANKET BOND NO. 016026389; PERIOD 01/01/2015 THROUGH 01/01/2016 | 2300-000 | | 441.17 | 15,953.11 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 24.34 | 15,928.77 |
| 02/03/15 | 121 | HALE TRAILER BRAKE & WHEEL, INC. | INVOICE NO. 178998; FEBRUARY 2015 | 2410-000 | | 76.49 | 15,852.28 |
| 02/17/15 | 122 | MILLER ADVERTISING AGENCY, INC. | INVOICE NO. 791980-077; CLIENT NO. 106009 | 2990-000 | | 3,906.04 | 11,946.24 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.96 | 11,925.28 |
| 03/03/15 | 123 | HALE TRAILER BRAKE & WHEEL, INC. | INVOICE NO. 165226; JANUARY 2015 | 2410-000 | | 76.49 | 11,848.79 |
| 03/03/15 | 124 | HALE TRAILER BRAKE & WHEEL, INC. | INVOICE NO. 191857; MARCH 2015 | 2410-000 | | 76.49 | 11,772.30 |
| 03/06/15 | | From Account #******1267 | TRANSFER OF NON-DEPOSIT PROCEEDS | 9999-000 | x    195,203.51 | | 206,975.81 |
| 03/13/15 | | INTERNATIONAL SURETIES LTD. | BLANKET BOND PREMIUM REFUND | 2300-000 | | -166.27 | 207,142.08 |
| 03/17/15 | 125 | COZEN O' CONNOR | PER ORDER ENTERED 12/16/2014 @ D.I. 310; 1/2 PAYMENT OF FEES | 3210-000 | | 161,933.00 | 45,209.08 |
| 04/21/15 | | WILMINGTON INSURANCE COMPANY | REFUND; UNUSED PREMIUM | 2420-000 | | -120.00 | 45,329.08 |
| 05/05/15 | | From Account #******1267 | TRANSFER TO COVER CHAPTER 7 | 9999-000 | x    35,907.64 | | 81,236.72 |

| | Subtotals : | $231,111.15 | $167,970.88 |
|---|---|---|---|

Exhibit 9

Page: 5

# Form 2
## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 12-13316-KG | |
| **Case Name:** | THE RESERVES RESORT, SPA & COUNTRY | |
| **Taxpayer ID #:** | **-***1763 | |
| **Period Ending:** | 02/27/18 | |

| | |
|---|---|
| **Trustee:** | JEOFFREY L. BURTCH, TRUSTEE (280060) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | ******1266 - Checking Account |
| **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ADMINISTRATIVE EXPENSES | | | | |
| 05/05/15 | 126 | COOCH AND TAYLOR, P.A. | PER ORDER ENTERED 5/1/2015 @ D.I. 393 | | | 81,236.72 | 0.00 |
| | | | FEES; PER ORDER<br>ENTERED 5/1/2015 @<br>D.I. 393 | 78,647.17 | 3110-000 | | 0.00 |
| | | | EXPENSES; PER<br>ORDER ENTERED<br>5/1/2015 @ D.I. 393 | 2,589.55 | 3120-000 | | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 253,650.26 | 253,650.26 | $0.00 |
| Less: Bank Transfers | 231,111.15 | 0.00 | |
| **Subtotal** | 22,539.11 | 253,650.26 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | $22,539.11 | $253,650.26 | |

Exhibit 9

Page: 6

# Form 2
## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 12-13316-KG | |
| **Case Name:** | THE RESERVES RESORT, SPA & COUNTRY | |
| | | |
| **Taxpayer ID #:** | **-***1763 | |
| **Period Ending:** | 02/27/18 | |

| | |
|---|---|
| **Trustee:** | JEOFFREY L. BURTCH, TRUSTEE (280060) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | ******1267 - Deposit Proceeds |
| **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | 5<br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/17/14 | {1} | BAY FOREST LLC / BBT VA BEACH | DEPOSIT; RECEIVED PER MOTION FILED 12/18/2014 @ D.I. 312 | 1110-000 | 300,000.00 | | 300,000.00 |
| 12/17/14 | {1} | SAUL EWING LLP / TD BANK | DEPOSIT; RECEIVED PER MOTION FILED 12/18/2014 @ D.I. 312 | 1110-000 | 300,000.00 | | 600,000.00 |
| 12/19/14 | {1} | BAY FOREST LLC | RETURN OF DEPOSIT RECEIVED 12/17/2014 | 1110-000 | -300,000.00 | | 300,000.00 |
| 12/22/14 | {2} | SUSSEX COUNTY COUNCIL/M&T BANK | REFUND OF BALANCE OF ESCROW/LETTERS OF CREDIT | 1129-000 | 195,203.51 | | 495,203.51 |
| 12/29/14 | 101 | ENTERPRISE FLASHER COMPANY | BARRICADES RENTAL CHARGE PLUS SET UP AND TAKE DOWN FEE; 60 DAYS Voided on 12/29/14 | 2420-004 | | 858.97 | 494,344.54 |
| 12/29/14 | 101 | ENTERPRISE FLASHER COMPANY | BARRICADES RENTAL CHARGE PLUS SET UP AND TAKE DOWN FEE; 60 DAYS Voided: check issued on 12/29/14 | 2420-004 | | -858.97 | 495,203.51 |
| 03/06/15 | | To Account #******1266 | TRANSFER OF NON-DEPOSIT PROCEEDS | 9999-000 | | x 195,203.51 | 300,000.00 |
| 03/11/15 | | SAUL EWING LLP / TD BANK | GROSS SALE PROCEEDS | | 8,578,493.26 | | 8,878,493.26 |
| | {1} | | GROSS SALES 700,049.35 PROCEEDS | 1110-000 | | | 8,878,493.26 |
| | {8} | | GROSS SALES 9,351,450.65 PROCEEDS | 1210-000 | | | 8,878,493.26 |
| | | US Acquisition Property XIV, LLC | PAYOFF - US -1,158,460.04 ACQUISITION | 4220-000 | | | 8,878,493.26 |
| | {1} | | EARNEST MONEY -300,000.00 DEPOSIT HELD BY CLOSING AGENT | 1110-000 | | | 8,878,493.26 |
| | | SELLING COSTS | DELQ TAXES -14,546.70 $19,254.13 MINUS $4,658.08 (CREDIT FOR TAXES 3/11/2015 THROUGH 6/30/2015) AND MINUS $49.35 (CREDIT FOR TRAILER FEE) | 4700-000 | | | 8,878,493.26 |
| 03/12/15 | | 30 LOTS, LLC | PAYMENT OF SALES PROCEEDS; SATISFACTION OF ALL CLAIMS | 4110-000 | | 1,604,845.81 | 7,273,647.45 |
| 03/12/15 | {8} | STL DEVELOPMENT CORPORATION | PAYMENT OF SALES PROCEEDS | 1210-000 | -4,602,920.69 | | 2,670,726.76 |
| 03/12/15 | | AMERICAN ACQUISITION PROPERTY I, LLC | PAYMENT OF SALES PROCEEDS; SATISFACTION OF ALL CLAIMS | 4220-000 | | 369,202.36 | 2,301,524.40 |

| | | |
|---|---|---|
| Subtotals : | $4,470,776.08 | $2,169,251.68 |

{} Asset reference(s)      x-Transfer      Printed: 02/27/2018 02:00 PM      V.13.32

Exhibit 9

Page: 7

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 12-13316-KG
**Case Name:** THE RESERVES RESORT, SPA & COUNTRY

**Taxpayer ID #:** **-***1763
**Period Ending:** 02/27/18

**Trustee:** JEOFFREY L. BURTCH, TRUSTEE (280060)
**Bank Name:** Rabobank, N.A.
**Account:** ******1267 - Deposit Proceeds
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/12/15 | | WHITE AND WILLIAMS LLP ATTORNEY TRUST / IOLTA ACCOUNT | PAYMENT OF SALES PROCEEDS; RT PROPERTIES ENTITIES; SATISFACTION OF ALL CLAIMS | 4110-000 | | 1,601,475.15 | 700,049.25 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,120.88 | 698,928.37 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,070.37 | 697,858.00 |
| 05/05/15 | | To Account #******1266 | TRANSFER TO COVER CHAPTER 7 ADMINISTRATIVE EXPENSES | 9999-000 | | x 35,907.64 | 661,950.36 |
| 05/05/15 | 102 | COZEN O' CONNOR | PER ORDER ENTERED 5/1/2015 @ D.I. 394 | | | 143,941.99 | 518,008.37 |
| | | | FEES; PER ORDER ENTERED 5/1/2015 @ D.I. 394 | 141,369.19 | 3210-000 | | | 518,008.37 |
| | | | EXPENSES; PER ORDER ENTERED 5/1/2015 @ D.I. 394 | 2,572.80 | 3220-000 | | | 518,008.37 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 798.82 | 517,209.55 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 793.52 | 516,416.03 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 767.54 | 515,648.49 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 716.96 | 514,931.53 |
| 09/01/15 | 103 | FOX REAL ESTATE CONSULTANTS, LLC | PER ORDER ENTERED 8/31/2015 @ D.I. 423 | | | 51,040.99 | 463,890.54 |
| | | | FEES; PER ORDER ENTERED 8/31/2015 @ D.I. 423 | 50,340.00 | 3731-000 | | | 463,890.54 |
| | | | EXPENSES; PER ORDER ENTERED 8/31/2015 @ D.I. 423 | 700.99 | 3732-000 | | | 463,890.54 |
| 09/11/15 | | KOROTKI, ABRAHAM P. | SUBSTANTIVELY CONSOLIDATED PER ORDER ENTERED 6/16/2015 @ D.I. 398 | | | 108,593.55 | | 572,484.09 |
| | {9} | | Schwartz & Schwartz | 320,900.00 | 1229-000 | | | 572,484.09 |
| | | INTERNATIONAL SURETIES LTD. | BOND PAYMENTS (KOROTKI) | -425.61 | 2300-000 | | | 572,484.09 |
| | | | BANK AND TECHNOLOGY SERVICE FEES (KOROTKI) | -8,470.41 | 2600-000 | | | 572,484.09 |
| | | COOCH AND TAYLOR, P.A. | COOCH AND TAYLOR FEES (KOROTKI) | -12,933.33 | 3110-000 | | | 572,484.09 |
| | | COOCH AND TAYLOR, P.A. | COOCH AND TAYLOR EXPENSES (KOROTKI) | -425.85 | 3120-000 | | | 572,484.09 |

| | Subtotals : | $108,593.55 | $1,837,633.86 |
|---|---|---|---|

Exhibit 9

Page: 8

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 12-13316-KG
**Case Name:** THE RESERVES RESORT, SPA & COUNTRY

**Taxpayer ID #:** **-***1763
**Period Ending:** 02/27/18

**Trustee:** JEOFFREY L. BURTCH, TRUSTEE (280060)
**Bank Name:** Rabobank, N.A.
**Account:** ******1267 - Deposit Proceeds
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | COZEN O' CONNOR | COZEN O'CONNOR -185,180.81 FEES (KOROTKI) | 3210-000 | | | 572,484.09 |
| | | COZEN O' CONNOR | COZEN O'CONNOR -4,870.44 EXPENSES (KOROTKI) | 3220-000 | | | 572,484.09 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 861.16 | 571,622.93 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 822.19 | 570,800.74 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 793.64 | 570,007.10 |
| 12/01/15 | 104 | COZEN O' CONNOR | PER ORDER ENTERED 11/30/2015 @ D.I. 439 | | | 31,126.13 | 538,880.97 |
| | | | FEES; PER ORDER 28,442.00 ENTERED 11/30/2015 @ D.I. 439 | 3210-000 | | | 538,880.97 |
| | | | EXPENSES; PER 2,684.13 ORDER ENTERED 11/30/2015 @ D.I. 439 | 3220-000 | | | 538,880.97 |
| 12/01/15 | 105 | Gellert Scali Busenkell & Brown, LLC | PER ORDER ENTERED 11/30/2015 @ D.I. 438 | 6700-000 | | 31,224.03 | 507,656.94 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 819.73 | 506,837.21 |
| 01/07/16 | 106 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/07/2016 FOR CASE #12-13316, BLANKET BOND NO, 016026389; PERIOD 01/01/2016 THROUGH 01/01/2017 | 2300-000 | | 311.45 | 506,525.76 |
| 01/12/16 | 107 | COOCH AND TAYLOR, P.A. | PER ORDER ENTERED 1/11/2016 @ D.I. 449 | | | 16,368.63 | 490,157.13 |
| | | | FEES; PER ORDER 15,828.00 ENTERED 1/11/2016 @ D.I. 449 | 3110-000 | | | 490,157.13 |
| | | | EXPENSES; PER 540.63 ORDER ENTERED 1/11/2016 @ D.I. 449 | 3120-000 | | | 490,157.13 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 690.10 | 489,467.03 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 678.69 | 488,788.34 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 771.34 | 488,017.00 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 676.68 | 487,340.32 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 675.74 | 486,664.58 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 767.98 | 485,896.60 |
| 07/27/16 | 108 | INTERNAL REVENUE SERVICE | NOTICE: CP162; NOTICE DATE: 7/11/2016; EIN 51-0411763; TAX PERIOD: DECEMBER 31, 2014 | 2810-004 | | 1,755.00 | 484,141.60 |

Subtotals : $0.00 $88,342.49

{} Asset reference(s)

Printed: 02/27/2018 02:00 PM  V.13.32

Exhibit 9

Page: 9

# Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 12-13316-KG | **Trustee:** JEOFFREY L. BURTCH, TRUSTEE (280060) |
| **Case Name:** THE RESERVES RESORT, SPA & COUNTRY | **Bank Name:** Rabobank, N.A. |
| | **Account:** ******1267 - Deposit Proceeds |
| **Taxpayer ID #:** **-***1763 | **Blanket Bond:** $5,000,000.00 (per case limit) |
| **Period Ending:** 02/27/18 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Voided on 07/27/16 | | | | |
| 07/27/16 | 108 | INTERNAL REVENUE SERVICE | NOTICE: CP162; NOTICE DATE: 7/11/2016; EIN 51-0411763; TAX PERIOD: DECEMBER 31, 2014<br>Voided: check issued on 07/27/16 | 2810-004 | | -1,755.00 | 485,896.60 |
| 07/27/16 | 109 | UNITED STATES TREASURY | NOTICE: CP162; NOTICE DATE: 7/11/2016; EIN 51-0411763; TAX PERIOD: DECEMBER 31, 2014 | 2810-000 | | 1,755.00 | 484,141.60 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 673.74 | 483,467.86 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 763.43 | 482,704.43 |
| 09/22/16 | 110 | UNITED STATES TREASURY | FORM 1120; LTR 854C; LTR DATE: 9/15/2016; EIN 51-0411763; TAX PERIOD: DECEMBER 31, 2013 | 2810-000 | | 2,360.55 | 480,343.88 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 692.17 | 479,651.71 |
| 10/20/16 | | UNITED STATES TREASURY | REFUND; DECEMBER 2013 FORM 1120 | 2810-000 | | -2.58 | 479,654.29 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 665.08 | 478,989.21 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 732.94 | 478,256.27 |
| 12/05/16 | 111 | COZEN O' CONNOR | PER ORDER ENTERED 11/30/2016 @ D.I. 484 | | | 65,082.65 | 413,173.62 |
| | | | FEES; PER ORDER ENTERED 11/30/2016 @ D.I. 484    64,249.50 | 3210-000 | | | 413,173.62 |
| | | | EXPENSES; PER ORDER ENTERED 11/30/2016 @ D.I. 484    833.15 | 3220-000 | | | 413,173.62 |
| 12/05/16 | 112 | COVER & ROSSITER, P.A. | PER ORDER ENTERED 11/30/2016 @ D.I. 483 | 3410-000 | | 22,142.00 | 391,031.62 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 590.09 | 390,441.53 |
| 12/04/17 | 113 | HILLER & ARBAN, LLC | PER ORDER ENTERED 12/01/2017 @ D.I. 495 | 6700-000 | | 7,834.83 | 382,606.70 |
| 01/24/18 | 114 | Office of the United States Trustee (ADMINISTRATIVE) | Dividend paid 100.00% on $650.00, Other Chapter 7 Administrative Expenses; Reference: | 2950-000 | | 650.00 | 381,956.70 |
| 01/24/18 | 115 | OFFICE OF THE UNITED STATES TRUSTEE | Dividend paid 100.00% on $650.00, U.S. Trustee Quarterly Fees; Reference: | 2950-000 | | 650.00 | 381,306.70 |
| 01/24/18 | 116 | COZEN O' CONNOR | Dividend paid 100.00% on $11,111.25, Attorney for Trustee Expenses (Other Firm); Reference: | 3220-000 | | 150.73 | 381,155.97 |
| 01/24/18 | 117 | COZEN O' CONNOR | Dividend paid 100.00% on $591,075.50, | 3210-000 | | 9,901.00 | 371,254.97 |
| | | | Subtotals : | | $0.00 | $112,886.63 | |

{} Asset reference(s)

Exhibit 9

Page: 10

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 12-13316-KG
**Case Name:** THE RESERVES RESORT, SPA & COUNTRY

**Taxpayer ID #:** **-***1763
**Period Ending:** 02/27/18

**Trustee:** JEOFFREY L. BURTCH, TRUSTEE (280060)
**Bank Name:** Rabobank, N.A.
**Account:** ******1267 - Deposit Proceeds
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | 5<br>T-Code | 6<br>Receipts<br>$ | 7<br>Disbursements<br>$ | Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Attorney for Trustee Fees (Other Firm);<br>Reference: | | | | |
| 01/24/18 | 118 | CLERK, US BANKRUPTCY COURT, DISTRICT OF DELAWARE | Dividend 100.00% on $293.00, Clerk of the Court Costs (includes adversary and other filing fees); Reference: | 2700-000 | | 293.00 | 370,961.97 |
| 01/24/18 | 119 | Schwartz & Schwartz, Attorneys at Law, P.A. | Dividend paid 88.89% on $1,498.12; Claim# 4; Filed: $1,498.12; Reference: | 7100-000 | | 1,331.71 | 369,630.26 |
| 01/24/18 | 120 | PNC BANK | Dividend paid 88.89% on $25,000.00; Claim# K1; Filed: $25,000.00; Reference: | 7100-000 | | 22,222.88 | 347,407.38 |
| 01/24/18 | 121 | DISCOVER BANK | Dividend paid 88.89% on $9,486.00; Claim# K4; Filed: $9,486.00; Reference: | 7100-000 | | 8,432.25 | 338,975.13 |
| 01/24/18 | 122 | SCHWARTZ & SCHWARTZ, ATTORNEYS AT LAW, P.A. | Dividend paid 88.89% on $1,498.12; Claim# K6; Filed: $1,498.12; Reference: | 7100-000 | | 1,331.70 | 337,643.43 |
| 01/24/18 | 123 | OAK HARBOR CAPITAL VII, LLC | Dividend paid 88.89% on $9,915.00; Claim# K15; Filed: $9,915.00; Reference: | 7100-000 | | 8,813.60 | 328,829.83 |
| 01/24/18 | 124 | OAK HARBOR CAPITAL VII, LLC | Dividend paid 88.89% on $40,000.00; Claim# K16; Filed: $40,000.00; Reference: | 7100-000 | | 35,556.62 | 293,273.21 |
| 01/24/18 | 125 | ECAST SETTLEMENT CORPORATION ASSIGNEE OF CHASE | Dividend paid 88.89% on $60,000.00; Claim# K19; Filed: $60,000.00; Reference: | 7100-000 | | 53,334.92 | 239,938.29 |
| 01/24/18 | 126 | Victor L. Covey | Dividend paid 88.89% on $17,500.00; Claim# DI414; Filed: $17,500.00; Reference: | 7100-000 | | 15,556.02 | 224,382.27 |
| 01/24/18 | 127 | Pinckney Weidinger Urban & Joyce, LLC | Dividend paid 88.89% on $50,000.00; Claim# DI434; Filed: $50,000.00; Reference: 4 | 7100-000 | | 44,445.77 | 179,936.50 |
| 01/24/18 | 128 | Michael M. McKone & Suzanne V. McKone | Dividend paid 88.89% on $15,000.00; Claim# DI459; Filed: $15,000.00; Reference: 9 | 7100-000 | | 13,333.73 | 166,602.77 |
| 01/24/18 | 129 | Sharon Buffington | Dividend paid 88.89% on $3,000.00; Claim# DI471; Filed: $3,000.00; Reference: | 7100-000 | | 2,666.75 | 163,936.02 |
| 01/24/18 | 130 | JEOFFREY L. BURTCH, TRUSTEE | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 163,936.02 | 0.00 |
| | | | Dividend paid 100.00%    163,645.42 on $202,866.66; Claim# TRSTFEE; Filed: $202,866.66 | 2100-000 | | | 0.00 |
| | | | Dividend paid 100.00%    290.60 on $290.60; Claim# TRSTEXP; Filed: $290.60 | 2200-000 | | | 0.00 |

Subtotals :      $0.00      $371,254.97

Exhibit 9

Page: 11

# Form 2
## Cash Receipts And Disbursements Record

| | | | | | |
|---|---|---|---|---|---|
| **Case Number:** | 12-13316-KG | | **Trustee:** | JEOFFREY L. BURTCH, TRUSTEE (280060) | |
| **Case Name:** | THE RESERVES RESORT, SPA & COUNTRY | | **Bank Name:** | Rabobank, N.A. | |
| | | | **Account:** | ******1267 - Deposit Proceeds | |
| **Taxpayer ID #:** | **-***1763 | | **Blanket Bond:** | $5,000,000.00 (per case limit) | |
| **Period Ending:** | 02/27/18 | | **Separate Bond:** | N/A | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | **ACCOUNT TOTALS** | | 4,579,369.63 | 4,579,369.63 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 231,111.15 | |
| | | | **Subtotal** | | 4,579,369.63 | 4,348,258.48 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$4,579,369.63** | **$4,348,258.48** | |

| | | |
|---|---|---|
| Net Receipts : | 4,601,908.74 | |
| Plus Gross Adjustments : | 1,385,313.19 | |
| Net Estate : | $5,987,221.93 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******1266** | 22,539.11 | 253,650.26 | 0.00 |
| **Checking # ******1267** | 4,579,369.63 | 4,348,258.48 | 0.00 |
| | **$4,601,908.74** | **$4,601,908.74** | **$0.00** |